IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TCW CONSTRUCTION, INC., a Nebraska corporation, | ) ) ) | 4:16CV3126 |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| WESTERN ENGINEERING COMPANY, INC., an Iowa corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' joint stipulation (Filing No. 51) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 29th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge